GEORGE W. LITTLE *vs.* GEORGE B. ROGERS & another.

IN an action upon a promissory note, (1 Met. 108.) it appeared that a greater rate of interest thereon, than is allowed by law, had been taken by the plaintiff, and the defendants thereupon, according to the Rev. Sts. *c.* 35, § 2, had judgment for their full costs, and the plaintiff had judgment for the balance only, which remained after deducting threefold the amount of the interest thus taken. The plaintiff now moved that the costs recovered by the defendants might be set off against the damages recovered by the plaintiff.

THE COURT directed that the defendant should tax his bill of costs, and that his attorney's claim for fees and disbursements being first paid by the plaintiff, the balance should be deducted from the plaintiff's judgment. See Rev. Sts. *c.* 88, § 28.